IN RE APPLICATION OF RIDENOUR.

[Cite as In re Application of Ridenour (1989), 47 Ohio St. 3d 609.]

(No. C.F. 88-2—Submitted October 24, 1989—Decided November 22, 1989.)

Robert D. Ridenour's motion for relief from this court's order in 38 Ohio St. 3d 722, 533 N.E. 2d 1064 (denying his application to register as a candidate for admission to the practice of law) is denied.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.